IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CALVIN FRAZIER, # 177281, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:16-CV-753-WKW [WO] |
| CYNTHIA STEWART, *et al.*, | ) ) | |
| Respondents. | ) ) ) | |

# **ORDER**

On June 12, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that James Calvin Frazier's 28 U.S.C. § 2254 petition is DENIED, and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 17th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE